'0453

Order issued October 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01423-CV

## IN RE JAMES FLANAGAN, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12879**

## ORDER

Before Justices Moseley and Myers

The Court has before it relator's motion for emergency relief to stay underlying proceeding.

The Court **DENIES** the motion.

JIM MOSELEY
PRESIDING JUSTICE